

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00279-CR

Filiberto **SIERRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8109
Honorable Mary D. Roman, Judge Presiding

# O R D E R

The reporter's record was originally due June 9, 2014. When it was not filed, we notified the court reporter. In response, the reporter filed a notice of late record, requesting that this court extend the deadline for filing the brief to July 17, 2014. We **GRANT** the court reporter's requested extension of time and **ORDER** the court reporter to file the record in this court on or before July 17, 2014.

We order the clerk of this court to serve a copy of this order on all counsel and the court reporter.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court